## United States Bankruptcy Court
### District of New Jersey

In re  **Bamboo Abbott, Inc. t/a Prestige Window Fashions**,
Debtor

Case No. **09-28689**

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joel S. Botwick, Chief Executive Officer** **Bamboo Abbott, Inc.** **t/a Prestige Window Fashions** **195 Raritan Center Parkway** **Edison, NJ 08837** | **Common Stock** | | **62.9375% Shares** |
| **Philip S. Goldweitz, Executive VP/Sales** **Bamboo Abbott, Inc.** **t/a Prestige Window Fashions** **195 Raritan Center Parkway** **Edison, NJ 08837** | **Common Stock** | | **37.0625% Shares** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 24, 2009**          Signature  **/s/ Joel S. Botwick**
                                              **Joel S. Botwick**
                                              **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders