**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Michael D. Sirota, Esq.
David M. Bass, Esq.
(201) 489-3000
(201) 489-1536 Facsimile
Attorneys for Bamboo Abbott, Inc.
t/a Prestige Window Fashions, Debtor-in-Possession

| | |
|---|---|
| In re:<br><br>BAMBOO ABBOTT, INC. t/a Prestige Window Fashions,<br><br>            Debtor-in-Possession. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE MICHAEL B. KAPLAN<br>CASE NO. 09-28689 (MBK)<br><br>Chapter 11 |

**NOTICE OF ENTRY INTO ASSET PURCHASE AGREEMENT**
**WITH VENTANAS ACQUISITION CORPORATION**

NOTICE IS HEREBY GIVEN, as follows:

      1.      On January 14, 2010, the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered the *Order (I) Approving Bidding Procedures, (II) Granting an Expense Reimbursement, (III) Approving Form and Manner of Sale Notices, and (IV) Setting Approval Hearing Date in Connection with Sale of Substantially All of Debtor's Assets* (the "Bidding Procedures Order").

      2.      The Debtor has entered into an *Asset Purchase Agreement* (the "APA"), attached hereto as **Exhibit A**.

DATED: January 15, 2010

                                                        Respectfully submitted,
                                                         COLE, SCHOTZ, MEISEL,
                                                         FORMAN & LEONARD, P.A.
                                                         Attorneys for Bamboo Abbott, Inc.
                                                         t/a Prestige Window Fashions, Debtor-in-Possession

                                                         By:   */s/ David B. Bass*
                                                                    Michael D. Sirota
                                                                    David M. Bass

46758/0001-6250511v1